UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

THE PROCTER & GAMBLE COMPANY, :

Plaintiff, : 04 Civ.2820 (DRH)

- against - : <u>ORDER</u>

XETAL, INC. d/b/a APO HEALTH, INC. and UNIVERSAL MEDICAL DISTRIBUTORS, INC.; ATM, INC.; TRANS CUSTOMS SERVICES; BROTHERS TRADING CO., INC. d/b/a VICTORY WHOLESALE GROCERS a/k/a SK-TORS; AMG WORLDWIDE, INC.; AMG COMMUNICATIONS, CORP.; GARY GRUENBERG; SYLVIE a/k/a SYLVIA GRUENBERG; and JOHN DOES 1-50, :

Defendants. :

---------------------------------------------------------------- X

Plaintiff The Procter & Gamble Company ("plaintiff" or "Procter & Gamble"), having filed a motion for an emergency *ex parte* order of seizure pursuant to the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116, this Court having granted the motion and defendants AMG Worldwide, Inc., AMG Communications Corp. (an inactive Florida corporation that was administratively dissolved), Gary Gruenberg and Sylvie a/k/a Sylvia Gruenberg ("defendants") having consented to this Order,

NOW, THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED and DECREED that the seizure is confirmed; and it is further

ORDERED that bond number 074244 in the amount of $75,000, which was posted on August 12, 2004 by Carolina Casualty Insurance Co., c/o Monitor Surety Managers, Inc., 60 East 42nd Street New York, New York 10165 (the "Surety") on behalf of Procter & Gamble, shall be cancelled and the Surety shall be fully and forever discharged from any obligation to any party in this action.

DATED: ____

______________________________

UNITED STATE DISTRICT JUDGE

Approved:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Geoffrey Potter (GP 8073)
Yehudis Lewis (YL 9974)
919 Third Avenue
New York, New York 10022
(212) 715-9100

-and-

FULBRIGHT & JAWORSKI L.L.P.
Mark N. Mutterperl (MM 1977)
Nathan T. Alexander (NA 3850)
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

Attorneys for Plaintiff
The Procter & Gamble Company

GOTTLIEB, RACKMAN & REISMAN, P.C.
Maria Savio (MS-7756)
Marc P. Misthal (MM-6636)
270 Madison Avenue
New York, New York, 10016
(212) 684-3900

Attorneys for Defendants
AMG Worldwide, Inc., AMG Communications Corp., Gary Gruenberg and Sylvie a/k/a Sylvia Gruenberg



KL3:2365966.1