KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 THIRD AVENUE
NEW YORK, N.Y. 10022 - 3852

YEHUDIS LEWIS
ASSOCIATE
TEL (212) 715-7538
FAX (212) 715-8000
ylewis@kramerlevin.com

PARIS
47, AVENUE HOCHE 75008
TEL (33-1) 44 09 46 00
FAX (33-1) 44 09 46 01

December 22, 2004

**BY FEDERAL EXPRESS**

Honorable Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *The Procter & Gamble Company v. Xetal, Inc., et al,*
04 Civ. 2820 (DRH)

Dear Judge Hurley:

Our firm and the law firm of Fulbright & Jaworski LLP represent plaintiff, The Procter & Gamble Company ("Procter & Gamble"), in the above-referenced trademark action. We write in response to Mr. Misthil's application requesting permission for his firm to withdraw as counsel for Defendants Gary Gruenberg, Sylvie Gruenberg (together, the "Gruenbergs"), AMG Worldwide, Inc. and AMG Communications, Corp. (together, "AMG"). We do not oppose Mr. Misthil's application to withdraw, however, we do not understand why the Gruenbergs and AMG need thirty days to find new counsel.

We have already been contacted by Michael Miller, Esq., who has informed us that he currently represents the Gruenbergs in the related action brought by Alcoa, Inc. Mr. Miller has further informed us that he expects to represent the Gruenbergs in the Procter & Gamble action. Based on those representations and with Mr. Miller's assent, we scheduled the Gruenbergs' depositions in both cases for January 19 and 20, 2005 (the "noticed dates").

We bring this matter to the Court's attention because we want to make certain that the Gruenbergs' attend their depositions on the noticed dates. It is important for these depositions to



*Affiliate: Studio Santa Maria*
*Milan * Rome*

*Alliance: Berwin Leighton Paisner*
*London * Brussels*

go forward on the noticed dates and we are certain that Mr. Misthil and Mr. Miller can effect substitution well in advance of those dates.

Respectfully yours,

Yehudis Lewis

cc: Maria Savio, Esq.
Mark Misthil, Esq.
Michael Miller, Esq.
Stanley Goodman, Esq.
Joseph Goldberg, Esq.
Guy Taft, Esq.
Alan Pullin, Esq.
Geoffrey Potter, Esq.
Mark Mutterperl, Esq.
Nathan Alexander, Esq.