UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE PROCTER & GAMBLE COMPANY,

Plaintiff(s),

**ORDER**
CV 04-2820 (DRH) (WDW)

-against-

XETAL, INC., et al.,

Defendant(s).
-----------------------------------------------------------X

**WALL, Magistrate Judge:**

Before the court is a letter motion from the plaintiff, seeking an order to compel appearance at a deposition pursuant to a subpoena served on non-party AKA Partners, Ltd., responses to a document subpoena served on AKA, and the costs incurred when the plaintiff appeared for a scheduled deposition and AKA did not. The motion is unopposed. The motion is granted in part, but the court declines to impose sanctions at this time.

AKA is ordered to appear at a deposition within 30 days of the date of this order. The date of the deposition shall be set by the plaintiff, who shall attempt to accommodate AKA's scheduling needs to the extent possible. AKA is further ordered to produce all documents responsive to the subpoena within 5 business days of service on it of this order, or to state under oath that it has no such documents. Although the court declines to award costs at this time, AKA is cautioned that failure to comply with this order could result in sanctions, including monetary sanctions, or in a finding of contempt. The plaintiff is directed to serve a copy of this order on AKA upon receipt and to file proof of such service with the court.

Dated: Central Islip, New York
January 3, 2005

**SO ORDERED:**

s/William D. Wall
WILLIAM D. WALL
United States Magistrate Judge