UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PROCTER & GAMBLE,<br>Plaintiff,<br>- against -<br>XETAL, INC., d/b/a APO HEALTH INC., et al.,<br>Defendants. | No.: 04 Civ. 2820 (DRH) (WDW)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Statement of Undisputed Facts, the Declarations of Geoffrey Potter, the Affidavit of Miguel De La Cruz, as well as the exhibits annexed thereto, and upon all prior pleadings heretofore had and papers heretofore filed herein, Plaintiff The Procter & Gamble Company ("P&G") will move this Court, before the Hon. Denis R. Hurley, United States District Court Judge, in the United States Courthouse, 100 Federal Plaza, Central Islip, New York, New York, on such date as the Court may direct, for an Order granting Plaintiff summary judgment against Defendant Gary Gruenberg pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to a briefing schedule ordered by the Court on December 15, 2006, Defendant's opposition papers shall be served so as to be received

by Plaintiff's counsel by no later than March 16, 2007 and Plaintiff shall serve reply papers, if any, and file all papers with the Court, on or before April 2, 2007.

Dated: February 1, 2007
New York, New York

Kramer Levin Naftalis & Frankel LLP

By: Geoffrey Potter
Geoffrey Potter (GP-8073)
Yehudis Lewis (YL-9974)

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Fulbright & Jaworski L.L.P.

By: Mark Mutterperl
Mark N. Mutterperl (MM-1977)
Jessica Parisse

666 Fifth Avenue
New York, New York 10103
(212) 318-3000

Attorneys for Plaintiff
The Procter & Gamble Company

## CERTIFICATE OF SERVICE

I, Jennifer Brevaire, hereby certify that on February 1, 2007, I caused to be served a true copy of the Plaintiff's Notice of Motion for Summary Judgment against Gary Gruenberg, Plaintiff's Statement of Undisputed Facts, Declaration of Geoffrey Potter in Support of Motion for Summary Judgment against Gary Gruenberg, Declaration of Geoffrey Potter dated August 12, 2004, Declaration of Miguel De La Cruz In Support of Motion for Summary Judgment against Gary Gruenberg, and, Plaintiff's Memorandum of Law in Support of Summary Judgment Against Gary Gruenberg on the persons and in the manner set forth below:

## BY FEDERAL EXPRESS

Gary Gruenberg
1000 West Island Boulevard, Apt. 1009
Aventura FL, 33160

Michael R. Miller, Esq.
801 Northeast 167th Street
North Miami Beach, FL 33162

Dated: New York, New York
February 1, 2007

Jennifer Brevaire
Jennifer Brevaire

## CERTIFICATE OF SERVICE

I, Jennifer Brevaire, hereby certify that on February 6, 2007, I caused to be served a true copy of a notarized copy of Miguel De La Cruz's Declaration dated February 2, 2007, along with a revised version of the Declaration of Geoffrey Potter dated February 1, 2007 in support of Plaintiff's Motion for Summary Judgment on the persons and in the manner set forth below:

**BY FEDERAL EXPRESS**

Gary Gruenberg
1000 West Island Boulevard, Apt. 1009
Aventura, FL 33160

Michael R. Miller, Esq.
801 Northeast 167th Street
North Miami Beach, FL 33162

Dated: New York, New York
February 6, 2007

Jennifer Brevaire

## CERTIFICATE OF SERVICE

I, Jennifer Brevaire, hereby certify that on March 26, 2007, I caused to be served a true copy of the Plaintiff's Notice of Motion for Summary Judgment against Gary Gruenberg, Plaintiff's Statement of Undisputed Facts, Declaration of Geoffrey Potter in Support of Motion for Summary Judgment against Gary Gruenberg, Declaration of Geoffrey Potter dated August 12, 2004, Declaration of Miguel De La Cruz In Support of Motion for Summary Judgment against Gary Gruenberg, and, Plaintiff's Memorandum of Law in Support of Summary Judgment Against Gary Gruenberg on the persons and in the manner set forth below:

**BY FEDERAL EXPRESS**

Jacob Laufer, Esq.
Laufer & Associates
Law Plaza 1660 60th Street
Brooklyn, NY 11204

Dated: New York, New York
March 26, 2007

Jennifer Brevaire

04 Civ. 2820 (DRH)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THE PROCTER & GAMBLE COMPANY,

Plaintiff,

XETAL, INC. d/b/a APO HEALTH, INC. and UNIVERSAL MEDICAL DISTRIBUTORS, INC., et al,

Defendants.

---

PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT GARY GRUENBERG

---

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

and

FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York 10103
(212) 318-3000

Attorneys for Plaintiff