UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THE PROCTER & GAMBLE COMPANY,

Plaintiff,

v.

XETAL, INC., et al.,

Defendants.

---

04 Civ. 2820 (DRH)

Declaration

State of New York )
: ss.
County of New York )

Miguel De La Cruz, being duly sworn, deposes and says:

1. I have been employed by Kroll, Inc. ("Kroll"), since September 2004. I am currently a Computer Forensics Engineer III at Kroll with responsibility for conducting sound computer forensic analysis and maintaining strict media chain of custody using protocols and procedures in line with generally accepted computer forensics techniques and best practices. I hold a Bachelor's degree in Information Systems Security and an MBA in Information Technology Management.

2. In or around July 2004, The Procter & Gamble Company ("P&G") retained Kroll to determine the source of counterfeit Pantene and Head & Shoulders

shampoo discovered across the country. Kroll identified Fred Harrick, a resident of Panama, as the source.

3. In or around October 2004, P&G obtained an order from the Panamanian courts authorizing P&G to search the offices and computers of Fred Harrick. P&G asked Kroll to conduct the search.

4. On October 25, 2004, I along with a team of other computer experts from Kroll, made forensic images or copies of each of Harrick's computer hard-drives.

5. Through my analysis of the hard drives, I learned that (a) Gary Gruenberg 's email addresses are Cruis4U@earthlink.net and fragrancezone@earthlink.net; (b) Fred Harrick 's email address is Latinimport@cwpanama.net; and (c) Paul Chou's email address is dgo32868@ms5.hinet.net.

6. Back in the United States, I along with my team, restored and/or recovered the following attached documents from the hard drives.

(a) Exhibit A: An email string between Fred Harrick and Paul Chou, dated September 9, 2003 and September 16, 2003, a portion of which Harrick forwarded to Gary Gruenberg

(b) Exhibit B: An email from Paul Chou to Fred Harrick, which Harrick forwarded to Gruenberg, followed by emails from Fred Harrick to Paul Chou, all dated August 25, 2003.

(c) Exhibit C: An email from Fred Harrick to Gary Gruenberg dated September 1, 2003.

(d) Exhibit D: An email string between Gary Gruenberg and Fred Harrick dated September 16, 2003

Notary Public State of Texas

Notary Public State of Texas
My Comm. Exp. 01-24-2010



KL3 2570036.1

(e) Exhibit E: An email string between Gary Gruenberg and Fred Harrick dated September 30, 2003 and October 1, 2003.

(f) Exhibit F: An email dated August 28, 2003, originally sent to Fred Harrick, which Harrick forwarded to Gary Gruenberg.

(g) Exhibit G: An email dated September 3, 2003 from Paul Chou to Fred Harrick, which Harrick forwarded to Gary Gruenberg

(h) Exhibit H: An email from Fred Harrick to Paul Chou dated August 7, 2003.

(i) Exhibit I: An email string between Fred Harrick and Paul Chou, dated September 5, 2003, September 16, 2003, and October 7, 2003, a portion of which Harrick forwarded to Gruenberg.

Miguel De La Cruz

Sworn to before me this 2
day of February, 2007

Notary Public

NORMA L. SALINAS
Notary Public State of Texas
My Comm. Exp. 01-24-2010



KL3 2570036.1

# EXHIBIT A

From: Latin Import CW latinimport@cwpanama.net
To: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
Sent: Tuesday, September 16, 2003 11:04 PM
Subject: Re: info

Paul

1. The 20.500 correspond to the PI dq2003-0329-2 guill

2. I don't understand the D ultra, we did not send any D, the order is only AA ultra, check the order is only AA-4 ultra

3. Shampoo : Notify and consignee : Bravaitalia Curazao

4. You will n [TRUNCATED – need?] to use our shampo cases and adapt to the size. In the event that you need to print something you will need to print using the same kind of letters, changing only the description, Today I will send you another of the missing Pantene, and I will only look for the H&S I don't have until now

5. [truncated – possibly nothing missing?] Please give the BL of the Delt 5, I nee [TRUNCATED – need this?] is info asap

Mx 18 is in the port, I am waiting the customs to pass, is on hold same as the broad, waiting to pass customs.

FH

From: Latin Import CW latinimport@cwpanama.net
To: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
Sent: Tuesday, September 16, 2003 9:36 PM
Subject: Re: info

Paul

The dura most be send to Curazao.

Notify and consignee : Bravaitalia.

Fred

**PANAMA 0187**

From: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
To: Latin Import CW latinimport@cwpanama.net
Sent: Tuesday, September 16, 2003 11:58AM
Subject: Re: info

Dear Fred,

Sorry for confuse. It is Dura ultra. They are some different with the previous sample about printing.

Paul

Paul

Please make it same as our sample

fred

PANAMA 0188

From: Latin Import CW latinimport@cwpanama.net
To: amg cruise4you@earthlink.net
Subject: Fw: info
Date: Tue, 16 Sep 2003 10:07:34 -0500

Gary , tell me what to reply them :

From: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
To: Latin Import CW latinimport@cwpanama.net
Sent: Tuesday, September 16, 2003 9:17 AM
Subject: Re: info

Dear Fred,

I had received cases for shampoo. But there are still lack of the upper side as previous samples. Please let me know how you like to do the words on the upper side of case -- write ourselves or just empty without any words?

I received 2 big master cases of Pan and H&S. They are not suitable to pack the ones we are producing. Please clarify. Please answer all the question of cases urgently. Now we are ready to pack.

Yes, I had received the CAMEL sample. I will check with supplier for delivery date of approval sample and inform you.

Please inform the shipping information of shampoo. Please clar [TRUNCATED – clarify?] details of the wire at 20,500. I don't get any payment to match this sum of money.

The new D ultra sample is different with the one we are producing. Please clarify what for the new sample?

The ship company asks us why the consignee did not withdraw the container since it had released. It is MX18.

Paul

PANAMA 0189

From: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
To: Latin Import CW latinimport@cwpanama.net
Sent: Tuesday, September 09, 2003 12:32 PM
Subject: Re: info

Dear Fred,

1.. Please inform me the shipping information of Dura order. I need to book space.
2.. Deposit of Dura ultra was received.
3.. The master cases received yesterday did not include the case for Guill card packing. And there was no case for Dura ultra either.
4.. How about my proposal for colg ? Favorable comment will be appreciated.
5.. How is Quan Cheng ?

Paul

PANAMA 0190

# EXHIBIT B

From: Latin Import CW latinimport@cwpanama.net
To: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
Subject: Re: question & PI
Date: Mon, 25 Aug 2003 13:16:50 -0500

Paul

please check the samples one by one and you will see that the samples match with the order.

Urgent matter.

Also I need to know about the 5000 by air in separate sper parts ( bottles, stickes , seal, and ills ) each one separate.

The pills can be ship micx with candies, and the bittle is white, so in no problem, and the stickers by fedex with the seal

Please reply asap

Fred

From: Latin Import CW latinimport@cwpanama.net
To: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
Subject: Re: question & PI
Date: Mon, 25 Aug 2003 12:39:51 -0500

Paul

You are looking the boxes and not the samples of the shampoo. We send the samples same as the order. Please check the upc of the samples, and let me know asap.

Fred

From: Latin Import CW latinimport@cwpanama.net
To: amg cruise4you@earthlink.net
Subject: question & PI
Date: Mon, 25 Aug 2003 12:25:18 -0500

PANAMA 0044

From: DIEGO INDUSTRIAL CO., LTD.
To: Latin Import CW
Sent: Monday, August 25, 2003 12:20 PM
Subject: Re : question & PI

Dear Fred,

After check the sample of shampoo carefully, I found some question exists,

1.. Pante -- codes of samples received seems not exactly same as the order

| in the order | not in order |
|---|---|
| 80878 00450 | 80878 00821 384ml |
| 80878 00448 | 80878 01203-2pcs |
| | 80878 00462 |
| | 80878 00454 |
| | 80878 00934-2pcs |
| | 80878 00461 |
| | 80878 02548 |
| | 80878 02546 |

H&S

| in the order | not in order |
|---|---|
| 37000 33802 | 37000 33800 |
| 37000 33803 | |
| 37000 33804 | |
| 37000 33805 | |

So, there lacks of 4 kind of Pante ( 80878 00449, 80878 00451, 80878 00452, 80878 00453 ) and 1 H&S ( 37000 33799 ).

2.. The master case of AAA shows that there are 54 cards in one case. Please find attached PI to correct the amount. And your confirmation again will be much appreciated. Regarding the vgr, I am preparing the sample for lab. inspection also make sure the color and shape will be improved. I think is OK to perform order as your proposal -- blank bottle and sticker by FedEx.

Paul

PANAMA 0043

# EXHIBIT C

From: "Latin Import CW" <latinimport@cwpanama.net>
To: "amg" <cruise4you@earthlink.net>
Subject: dura aaa
Date: Mon, 1 Sep 2003 13:16:56 -0500

I urgently need the dura master case of the aaa , the one you send me was not complete.

Looking forward to hearing from you

Fred Harrick
Latin Import Inc

# EXHIBIT D

From: Latin Import CW latinimport@cwpanama.net
To: Fragrance Zone fragrancezone@earthlink.net
Subject: Re: aluminum foil
Date: Tue, 16 Sep 2003 10:16:26 -0500

Gary,

The sizes we quote you are the sizes the factory can make, you need to decide witch size you want but those sizes are not like you say. our measures are correct

Fred

PANAMA 0191

From: Latin Import CW latinimport@cwpanama.net
To: justo jvillarreal@cwpanama.net
Subject: Fw: aluminum foil
Date: Tue, 16 Sep 2003 10:06:07 -0500

From: Fragrance Zone
To: Latin Import CW
Sent: Tuesday, September 16, 2003 9:34 AM
Subject: aluminum foil

The aluminum foil.

When you sell this product its by the square foot.

75' roll is 50' by 18' NOT 75' by 18'
25' roll is 16 2/3' by 18 NOT 25' by 18'

Here is how you figure:

75 square feet is:

75 x 12 900 inches or 75 feet
50 x 18 900 inches or 75 feet

25 square feet is:

25 x 12 300 inches or 25 feet
16 2/3 x 18 300 inches or 25 feet

Please recalculate the prices. This should bring the prices into line.

I knew there was a problem but now I know why.

That is why the wholesale for the 12" is the same as the 18"

PANAMA 0192

# EXHIBIT E

From: Latin Import CW
To: Cruise4U
Sent: Wednesday, October 01, 2003 3:15 PM
Subject: Re: Reynolds 50ft*18

Ok, but I request a sample to be send to us before they star final production, so they are working in preparing the order, but I will send you the sample for your final GO !!!!!!!!!!!!!

From: Latin Import CW latinimport@cwpanama.net
To: Cruise4U cruise4you@earthlink.net
Subject: Re: Reynolds 50ft*18
Date: Wed, 1 Oct 2003 14:25:16 -0500

we will send it now

To: Latin Import CW
From: Cruise4U
Sent: Wednesday, October 01, 2003 2:23 PM
Subject: Reynolds 50ft*18

Well with that information they could make the change and send the sample.

From: Cruise4U
To: Latin Import CW
Sent: Wednesday, October 01, 2003 2:12 PM
Subject: Re: Reynolds 50ft*18

Hi

I am concerned about the color blue on the outline of the words "Reynolds Wrap" and the same color on the waves to the right side of box. The color should be dark blue instead of baby blue. The same applies for both boxes.

PANAMA 0061

From: Latin Import CW
To: amg
Sen: Tuesday, September 30, 2003 10:04 AM
Subject: Fw: Reynolds 50ft*18

thanks for your email. we had asked them to make the 3 artworks as per your sample. pls find the attached picture of 50ft*18in.

Ok, You can call me at that time. we will be on holiday from 1th.3th

Best regards!

# EXHIBIT F

From: Latin Import CW latinimport@cwpanama.net
To: amg cruise4you@earthlink.net
Subject: Fw: shampoos
Date: Thu, 28 Aug 2003 10:57:19

Dear Fred,

It is very difficult to create computer code according to the products. So, please send the master case to China for us to duplicate the computer code. And the master case you sent for Guill order is damaged. The one side of cases disappeared and the words on the top remains only half part.

Please try your best to send 1 complete case.

# EXHIBIT G

From: "Latin Import CW" <latinimport@cwpanama.net>
To: "amg" <cruise4you@earthlink.net>
Subject: Fw: Fw: schedule
Date: Wed, 3 Sep 2003 13:07:41 -0500

----- Original Message -----
From: Diego Industrial Co., Ltd.
To: Latin Import CW
Sent: Wednesday, September 03, 2003 12:22 PM
Subject: Re: Fw: schedule

Dear Fred,

1. I am very sorry to inform you that I didn't find the case of 48 in card even though I search very inch factory and office. Please check whether you send this case or you sent it to somewhere else.
2. Delivery of Shampoo will be on Sept. 25 for the first container and every 10 days after for the others. And there are 3 containers for this order.
3. Dura delivery is Sept. 30 for the first container and 10 days after the 2nd one. The third will be 15 - 20 days after the 2nd one because of the test bar need more time for production.
4. Delivery of Guill is Sept. 30 for the first container and 15 days after for the 2nd one.

Regarding the case of Pant, please find attached pictures for reference and answer following question,
1. How to edit the words on the first page for each type ? It is different for each one.
2. The upper part of case is cut out. There should be some words printed on it. And every case is lack of this upper part of case.
3. This page is OK. I can print the Computer code strip according the bottles.
4. This page is OK.

Paul

PANAMA 0180

# EXHIBIT H

From: Latin Import CW latinimport@cwpanama.net
To: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
Subject: Re: Information
Date: Thu, 7 Aug 2003 09:35:10 -0500

Paul

Please release the Mex 18 as soon as you can.

Next week I will send you the deposits for the VGR , Dura , Belm /Ken, as you most know I send all the money as I promise and at this time all the money went to you, but please start working in the orders, money will be send as soon arrive to me. I was suppose to pay the Mex 18 when arrive, but becuase I receive money I send all the payment before arrive, I always do my best, but you need to help me to rush this orders.

We keep trying to release the broad with out any result, I amkeep pushing to avoid take this big loss, lets see what happen this week.

Please confirm if you can make all the H&S and Pant that I send in the big box, because is 6 types of each and we have like 5 containers orders coming soon, but you most guaranteed that you will get all 6 types same as the samples I send , in the out side, the inside, the master, the inner ( all the details)

The dura, need to be 100% in all the matters. Same as guill

Please send the 6 samples of vgr ( 6 ) of each item 30 x 1, 4 x 1, 1 x 1

Fred

# EXHIBIT I

From: Latin Import CW latinimport@cwpanama.net
To: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
Subject: Re: shampoo
Date: Tue, 7 Oct 2003 08:45:11 -0500

Paul

Send me the packing list for the shampoo.

I need packing list in all future orders

FH

From: Latin Import CW latinimport@cwpanama.net
To: amg cruise4you@earthlink.net
Subject: Fw: shampoo
Date: Tue, 7 Oct 2003 08:44:07 -0500

From: Latin Import CW latinimport@cwpanama.net
To: DIEGO INDUSTRIAL CO., LTD. dgo32868@ms5.hinet.net
Subject: Re: shampoo
Date: Tue, 7 Oct 2003 08:43:31 -0500

Paul

Warehouse product , to Curazao, always.

Please send me the packing list for the Bel/ken in order to be able to identify

FH

From: DIEGO INDUSTRIAL CO., LTD.
To: Latin Import CW
Sent: Tuesday, October 07, 2003 12:49 AM
Subject: Fw: shampoo

Dear Fred,

Please confirm the BL is OK or not ?! The item name "SHAMPOO" ??? And the others ??? Paul

PANAMA 0016

From: DIEGO INDUSTRIAL CO., LTD.
To: Latin Import CW
Sent: Tuesday, October 07, 2003 12:37 AM
Subject: Re : shampoo

Content-Type: image/bmp;
name="shamp01.bmp"
Content-Disposition: attachment;
filename="shamp01.bmp"

Dear Fred,

Please find attached BL copy for the shampoo 1st shipment. And the information from website as follows,

http://www.ponl.com/products/corp/apps/ecs/Servlet?pathinfo/gets/Cont.html

This is the information shown on B/L Number PONLSZP40627328

It is related to Booking Reference SZP0005688

B/L Voyage VILLE DE TAURUS
Voyage Number VTR3782
Place of Receipt YANTIAN
Port of Loading YANTIAN Planned Departure 03 OCT 2003
Relay Port MANZANILLO, PA Planned Arrival 25 OCT 2003
Port of Discharge WILLEMSTAD
Place of Delivery WILLÈÂ
No. of Containers (FCL) 1 No. of Packages (LCL)
Movement Type FCL / FCL

The following Containers are assigned to this Bill of Lading:

KNLU5073525 40' HIGH CUBE GP

TKT#91138291

From: Latin Import CW latinimport@cwpanama.net
To: diego dgo32868@ms5.hinet.net
Subject: shampoo
Date: Tue, 16 Sep 2003 10:34:54 -0500

Paul

We send you all the boxes complete, I don't understand why you say that they don't have the top. Today I send you the last missing pant case, so at this time you have all of them.

I am only missing 1 shampoo H&S that I am looking , but if I don't find it , you will need to make it base on the information of the product. Also is important to know that the Pant cases are for 6 pieces, and 2 cases get together , that the 2 cases make 12 pieces but separate in 2 cases tide up both with 6 pieces each, please confirm if you understand this

Looking forward to hearing from you

Fred Harrick
Latin Import Inc

From: Latin Import CW latinimport@cwpanama.net
To: diego dgo32868@ms5.hinet.net
Subject: shampoo
Date: Fri, 5 Sep 2003 08:57:54 -0500

Paul

I need that all the shampoo be deliver at the same time, not 1 every week, because I have a letter of credit to be paid against inspection in curazao, and they will inspect all the merchandise in 1 time.

Please be sure to ship all the order in the same ship. Please confirm this asap.

DO NOT SHIP IN PARTIAL SHIPMENTS, ONLY ALL TOGETHER.

Looking forward to hearing from you

Fred Harrick
Latin Import Inc

**PANAMA 0018**

04 Civ. 2820 (DRH)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THE PROCTER & GAMBLE COMPANY,

Plaintiff,

XETAL, INC. d/b/a APO HEALTH, INC., et al.

Defendants.

---

**DECLARATION OF MIGUEL DE LA CRUZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST GARYGRUENBERG**

---

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*All communications should be referred to* Harold P. Weinberger, Esq. or Yehudis Lewis, Esq.

and

FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York 10103
(212) 318-3000

*All communications should be referred to Mark N. Mutterperl*, Esq.

**Attorneys for Plaintiff**