UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, Plaintiff, v. XETAL, INC., et al., Defendants. | X : : : : : : : : X | 04 Civ. 2820 (DRH) <br> Declaration |

State of New York )
: ss.
County of New York)

Miguel De La Cruz, being duly sworn, deposes and says:

1. I have been employed by Kroll, Inc. ("Kroll"), since September 2004. I am currently a Computer Forensics Engineer III at Kroll with responsibility for conducting sound computer forensic analysis and maintaining strict media chain of custody using protocols and procedures in line with generally accepted computer forensics techniques and best practices. I hold a Bachelor's degree in Information Systems Security and an MBA in Information Technology Management.

2. In my affidavit sworn to on February 2, 2007, I identified Cruis4U@earthlink.net as one of two email addresses registered to Mr. Gruenberg. It has

since come to my attention that I inadvertently left out the letter "e" in the "cruise" portion of the email address.

3. What I meant to state and what I state now is that Cruise4U@earthlink.net is one of two email addresses registered to Mr. Gruenberg. The other address is Fragrancezone@earthlink.net.

NAME

Sworn to before me this 28th
day of March, 2007

Rogelio Gonzalez Jr.

Notary Public

ROGELIO GONZALEZ, JR.
Notary Public State of Texas
My Comm. Exp. 12-01-2008



KL3 2570036.1