UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE PROCTER & GAMBLE,

Plaintiff,

- against -

XETAL, INC., d/b/a APO HEALTH INC., et al.,

Defendants.

No.: 04 Civ. 2820 (DRH) (WDW)

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Statement of Undisputed Facts, the Notice to *Pro Se* Litigants, the Declaration of Geoffrey Potter, the Affidavit of Miguel De La Cruz, as well as the exhibits annexed thereto, and upon all prior pleadings heretofore had and papers heretofore filed herein, Plaintiff The Procter & Gamble Company ("P&G") will move this Court, before the Hon. Denis R. Hurley, United States District Court Judge, in the United States Courthouse, 100 Federal Plaza, Central Islip, New York, New York, on such date as the Court may direct, for an Order granting Plaintiff summary judgment against Defendant Gary Gruenberg pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to a briefing schedule ordered by the Court on April 16, 2007, Defendant's opposition papers shall be served on Plaintiff's counsel

by no later than May 22, 2007 and Plaintiff shall serve reply papers, if any, and file all papers with the Court, on or before June 5, 2007.

Dated: April 27, 2007
New York, New York

Kramer Levin Naftalis & Frankel LLP

By: Geoffrey Potter
Geoffrey Potter (GP-8073)
Yehudis Lewis (YL-9974)

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Fulbright & Jaworski L.L.P.

By: Mark N. Mutterperl
Mark N. Mutterperl (MM-1977)
Jessica Parisse

666 Fifth Avenue
New York, New York 10103
(212) 318-3000

Attorneys for Plaintiff
The Procter & Gamble Company

**AFFIDAVIT OF SERVICE**

I, Jennifer Brevaire, do hereby certify that on April 26th, I caused to be served the Plaintiff's Notice to Pro Se Litigant Opposing Motion For Summary Judgment, Plaintiff's Notice of Motion, Plaintiff's Statement of Undisputed Facts, Memorandum of Law In Support of Plaintiff's Motion for Summary Judgment Against Defendant Gary Gruenberg, Declaration of Geoffrey Potter, and Declaration of Miguel De La Cruz In Support of Plaintiff's Motion for Summary Judgment on the attached persons and in the manner set forth below:

**BY FEDERAL EXPRESS**

David Minksy
820 Williams Avenue
Brooklyn, NY 11207-7619

Gary Gruenberg
1000 W Island Boulevard
Apt. 1009
Aventura, FL 33160-5615

Mark Mutterperl
Fulbright & Jaworski L.L.P.
666 5th Avenue
New York, NY 10103-3198

Dated: New York, New York
April 26, 2007

Jennifer Brevaire
Jennifer Brevaire