Gary Gruenberg
1000 W. Island Blvd., Apt 1009, Miami, Florida 33160

February 20, 2008

Honorable Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11772

Re: The Procter & Gamble Company v. Xetal, Inc., et al.,
04 Civ. 2820(DRH)

Dear Judge Hurley:

I am writing to you after receiving the status report dated February 19, 2008 from Plaintiff's attorneys. This case is going into its fourth years. My wife and I have been attacked and harassed by these law firms and their investigation company both publicly and thru the public court system. They have made careless allegations and bold statements of undisputable facts. They have sent your honor letters with false statements, accusations and declarations that have not been backed up with conclusive evidence.

Now after all that has been said and done, Plaintiff loses the Motion for Summary Judgment and wants your honor to again extend the time period of this case. As you may recall, Plaintiff has filed two motions for summary judgments. The first was denied for technical reasons and the second was based on your decision. Plaintiff had to change their affidavit of sworn testimony from their expert witness three (3) times. Even after that was allowed their motion for summary judgment was denied based on your 16 page decision. Their evidence was not conclusive. If P&G has the evidence to establish that link and dispute your decision why did they not disclose it in the Motion for Summary Judgment? Plaintiff is aware and your honor should be that APO purchased Pantene and H & S from other suppliers even though APO did not say so in their deposition. Plaintiff did not press APO during their deposition even though they were aware of this.

This leave or extension of time Plaintiff is going to seek is based on further unknown events that may or may not take place and are out of anyones control. Plaintiff had almost four years to serve Mr. Harrick. They had plenty of time and have not done so. I never received a copy of a signed order from your honor allowing Plaintiff to publish a notice in the local newpaper in Panama and agreeing that would be legally sufficient in the USA to serve a person in Panama. I don't think your honor would allow or agree to that based on the word of Plaintiffs statement referring to what was casually said by Plaintiffs counsel in Panama without supporting documents.

Finally, Plaintiff wants another free bite of the apple and it should not be allowed. If Plaintiff has evidence against me they should present it at trial without further delay.

Respectfully, your honor, I request to proceed to trial immediately or have the case dismissed.

Respectfully yours,

Gary Gruenberg

cc: Geoffrey Potter (By Mail)
Mark Mutterperl(By Mail)